IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BURLIE B. KIMMONS,
    Petitioner,

v.                          No. 3:09cv170/LAC/MD

WALTER A. MCNEIL,
    Respondent.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 7, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) challenging the convictions and sentences in *State of Florida v. Burlie Broward Kimmons, III*, in the Circuit Court of Escambia County, Florida, case numbers 03-4007 and 03-4008, are DISMISSED WITH PREJUDICE.

3. The clerk is directed to close the file.

4. The court finds no substantial showing of the denial of a constitutional right in this case. 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 1603-04, 146 L.Ed.2d 542 (2000) (explaining how to satisfy this showing) (citation omitted). Therefore, a certificate of appealability is DENIED.

DONE AND ORDERED this 14th day of May, 2009.

                                      s/*L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**